IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:12-CV-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, *et al.* | ) ) ) ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the motion of Defendants Banc of America Funding Corporation; Bank of America Corporation; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Mortgage Securities, Inc. (Collectively, the "Bank of America and Merrill Lynch Defendants") (Doc. # 1), it is ORDERED that the motion is GRANTED, and that Roger A. Cooper, Esq., is admitted *pro hac vice* as counsel for the Bank of America and Merrill Lynch Defendants.

DONE this 18th day of September, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE