# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
COLONIAL BANK,

        Plaintiff,

        v.

BANC OF AMERICA FUNDING CORP.;
BANK OF AMERICA CORP.; MERRILL
LYNCH, PIERCE, FENNER & SMITH INC.;
BANC OF AMERICA MORTGAGE
SECURITIES, INC.; CITICORP MORTGAGE
SECURITIES, INC.; CITIMORTGAGE, INC.;
CITIGROUP MORTGAGE LOAN TRUST
INC.; CITIGROUP FINANCIAL PRODUCTS
INC.; CITIGROUP GLOBAL MARKETS
INC.; CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP.; CREDIT
SUISSE MANAGEMENT LLC; CREDIT
SUISSE SECURITIES (USA) LLC; FIRST
HORIZON ASSET SECURITIES INC.; FIRST
HORIZON HOME LOAN CORP.; FTN
FINANCIAL SECURITIES CORP.; and HSBC
SECURITIES (USA) INC.,

        Defendants.

Civil Action No. CV-12-791-WKW-WC

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal rules of Civil Procedure and Local Rule 7.1,
Defendant HSBC Securities (USA), Inc., by its undersigned counsel, states as follows:

HSBC Securities (USA), Inc. is a wholly-owned, indirect subsidiary of HSBC Holdings
North America, Inc.  HSBC Holdings North America, Inc. is a wholly-owned, indirect subsidiary
of HSBC Holdings PLC, a corporation organized under the laws of England and Wales.  HSBC
Holdings PLC has no parent company and no publicly-owned corporation owns 10% or more of
the shares of HSBC Holdings PLC.

Respectfully submitted,


/s/ Archibald T. Reeves, IV
ARCHIBALD T. REEVES, IV (REEVA2720)
*areeves@mcdowellknight.com*
ROBERT B. McGINLEY, JR. (MCGIR1338)
*rmcginley@mcdowellknight.com*
SAMUEL FRASER REID, III (REIDS____)
*freid@mcdowellknight.com*
Attorneys for Defendant HSBC Securities (USA), Inc.

*Of Counsel:*

McDOWELL KNIGHT ROEDDER & SLEDGE, L.L.C.
P.O. Box 350
Mobile AL 36601
Tel. (251) 432-5300
Fax (251) 532-5303


## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2012, I served a true and correct copy of the foregoing by United States mail, postage prepaid, properly addressed and/or via the Court's electronic filing system to the following:

David J. Grais, Esq.
Mark B. Holton, Esq.
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY  10036

Dennis Ray Bailey, Esq.
John Evans Bailey, Esq.
R. Austin Huffaker, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, AL 36101
*Attorneys for Plaintiff*

Carl S. Burkhalter, Esq.
Richard J. Davis, Esq.
Todd H. Cox, Esq.
MAYNARD COOPER & GALE
1901 Sixth Avenue North
Birmingham, AL  35203

Jared M. Gerber, Esq.
Roger A. Cooper, Esq.
CLEARY GOTTLIEB STEEN
& HAMILTON LLP
1 Liberty Plz
New York, NY  10006-1404
*Attorneys for Defendants Banc of America*
*Funding, Corporation, Bank of America*
*Corporation, Merrill Lynch, Pierce, Fenner*
*& Smith Inc., Banc of America Mortgage*
*Securities, Inc.*

Brad S. Karp, Esq.
Bruce Birenboim, Esq.
Susanna M. Buergel, Esq.
PAUL WEISS RIFKIND
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Michael A. Florie, Esq.
Jay M. Ezelle , Esq.
Cole R. Gresham, Esq.
STARNES DAVIS FLORIE LLP
Post Office Box 598512
Birmingham, Alabama 35259-8519
*Attorneys for Defendants Citicorp Mortgage*
*Securities Inc., CitiMortgage Inc.,*
*Citigroup Mortgage Loan Trust Inc.,*
*Citigroup Financial Products Inc., and*
*Citigroup Global Markets Inc.*

Amanda F. Davidoff, Esq.
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue NW
Washington, DC  20006

Bruce E. Clark, Esq.
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2400

Patricia Clotfelter, Esq.
Timothy M. Lupinacci, Esq.
William P. Hahn, Esq.
BAKER DONELSON BEARMAN,
CALDWELL, BERKOWITZ, PC
1400 Wells Fargo Tower
420 20th Street North
Birmingham, Alabama 35203
*Attorneys for Defendants First Tennessee
Bank National Association, successor
by merger to First Horizon Home
Loan Corp., FTN Financial Securities Corp.,
and First Horizon Asset Securities, Inc.*

Richard H. Gill, Esq.
COPELAND, FRANCO, SCREWS
& GILL, P.A.
444 South Perry Street
Montgomery, AL  36104

Richard W. Clary, Esq.
Richard J. Stark, Esq.
Michael T. Reynolds, Esq.
CRAVATH, SWAINE & MOORE, LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
*Attorneys for Defendants Credit Suisse First
Boston Mortgage Securities Corp., Credit
Suisse Management LLC, and Credit Suisse
Securities (USA) LLC*

/s/ Archibald T. Reeves, IV