# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, | § § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 2:12-cv-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, a corporation; BANK OF AMERICA CORPORATION, a corporation; MERRILL LYNCH, PIERCE, FENNER & SMITH INC., a corporation; BANC OF AMERICA MORTGAGE SECURITIES, INC., a corporation; CITIGROUP MORTGAGE SECURITIES, INC., a corporation; CITIMORTGAGE, INC. a corporation; CITIMORTGAGE LOAN TRUST INC., a corporation; CITIGROUP FINANCIAL PRODUCTS, INC., a corporation; CITIGROUP GLOBAL MARKETS, INC., a corporation; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., a corporation; CREDIT SUISSE MANAGEMENT LLC, a limited liability company; CREDIT SUISSE SECURITIES (USA) LLC, a limited liability company; FIRST HORIZON ASSEST SECURITIES, INC., a corporation; FIRST HORIZON HOME LOAN CORPORATION, a corporation; FTN FINANCIAL SECURITIES CORP., a corporation; and HSBC SECURITIES (USA) INC., a corporation, | § § § § § § § § § § § § § § | |

Defendants.                            §

## CONFLICT DISCLOSURE

COMES NOW, the Plaintiff, Federal Deposit Insurance Corporation as Receiver for Colonial Bank (the "FDIC Receiver"), and discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 that it is a government entity that is the appointed receiver for Colonial Bank.  The FDIC Receiver has succeeded to "all rights, titles, power, and privileges of the insured depository institution, and of any stockholder accountholder, depositor, officer, or director of such institution with respect to the institution and the assets of the institution."  12 U.S.C. § 1821(d)(2)(A)(i).

|  |  |
|---|---|
|  | */s/ J. Evans Bailey* |
|  | Dennis R. Bailey (BAI028) |
| OF COUNSEL: | R. Austin Huffaker (HUF006) |
|  | J. Evans Bailey (BAI062) |
| David J. Grais (*pro hac vice* application pending) | Attorneys for Plaintiff |
| Mark B. Holton (*pro hac vice* application pending) | RUSHTON, STAKELY, JOHNSTON & GARRETT |
|  | 184 Commerce Street |
|  | Post Office Box 270 |
|  | Montgomery, Alabama   36101-0270 |
| GRAIS & ELLSWORTH LLP | (334) 206-3234 (phone) |
| 1211 Avenue of the Americas | (334) 481-0031 (fax) |
| New York, New York 10036 | drb@rushtonstakely.com |
| Tel.: (212) 755-0100 | rah2@rushtonstakely.com |
| Fax: (212) 755-0052 | ebailey@rushtonstakely.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2012, the foregoing was served upon the following by placing a copy of same in the United States Mail, postage prepaid:

>Todd H. Cox
>Carl S. Burkhalter
>Richard J. Davis
>Maynard, Cooper & Gale, P.C.
>1901 Sixth Avenue North
>2400 Regions Harbert Plaza
>Birmingham, AL 35203
>tcox@maynardcooper.com
>cburkhalter@maynardcooper.com
>rdavis@maynardcooper.com
>
>Roger A. Cooper
>Jared M. Gerber
>Clearly Gottlieb Steen & Hamilton, LLP
>One Liberty Plaza
>New York, NY 10006
>*Pro Hac Vice*
>
>William Patton Hahn
>Timothy M. Lupinacci
>Patricia Clotfelter
>William Patton Hahn
>Baker Donelson Bearman Caldwell Berkowitz
>1400 Wells Fargo Tower
>420 20th Street North
>Birmingham, AL 35203
>tlupinacci@bakerdonelson.com
>pclotfelter@bakerdonelson.com
>phahn@bakerdonelson.com
>
>Bruce E. Clark
>Sullivan & Cromwell, LLP
>125 Broad Street
>New York, NY 10004

Amanda F. Davidoff
Sullivan & Cromwell, LLP
1701 Pennsylvania Avenue NW
Washington, DC 20006

Bruce Birenboim
Susanna M. Buergel
Paul Weiss Rifkind Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064

Jay Michael Ezelle
Michael Anthony Florie
Starnes & Atchison, LLP
P.O. Box 598512
Birmingham, AL 35259-8512
jezelle@starneslaw.com
mflorie@starneslaw.com

Cole Robinson Gresham
Starnes Davis Florie LLP
100 Brookwood Place – 7th Floor
Birmingham, AL 35209
crg@starneslaw.com

Brad S. Karp
Paul Weiss Rifkind Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
bkarp@paulweiss.com

Robert Ball McGinley, Jr.
McDowell Knight Roedder & Sledge LLC
11 North Water Street, Suite 13290
Mobile, AL 36602
rmcginley@mcdowellknight.com

Archibald Thomas Reeves, IV
McDowell Knight Roedder & Sledge LLC
63 South Royal Street
Mobile, AL 36602
areeves@mcdowellknight.com

Samuel Fraser Reid, III
McDowell Knight Roedder & Sledge LLC
P.O. Box 350
Mobile, AL 36601

*/s/ J. Evans Bailey*
Of Counsel