```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602024208
Cashier ID: kruffin
Transaction Date: 09/18/2012
Payer Name: MAYNARD COOPER AND GALE
----------------------------------------
PRO HAC VICE
 For: JARED MITCHELL GERBER
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
----------------------------------------
CHECK
 Check/Money Order Num: 1126313
 Amt Tendered: $50.00
----------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

2:12-cv-00791-WKW-WC
```