```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602024207
Cashier ID: kruffin
Transaction Date: 09/18/2012
Payer Name: MAYNARD COOPER AND GALE
------------------------------------
PRO HAC VICE
 For: ROGER ALLEN COOPER
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 1126312
 Amt Tendered:  $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

2:12-cv-00791-WKW-WC
```