IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:12-CV-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, *et al.,* | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

On August 10, 2012, the FDIC, as receiver for Colonial Bank, filed three very similar lawsuits in the Circuit Court of Montgomery County that were subsequently removed to this court. *See* 2:12-CV-784 ("FDIC–Colonial I"); 2:12-CV-790 ("FDIC–Colonial II"); 2:12-CV-791 ("FDIC–Colonial III"). On September 13, 2012, the Judicial Panel on Multidistrict Litigation issued an order, which will take effect on September 20, 2012, conditionally transferring FDIC–Colonial I to the multidistrict litigation pending in the United States District Court for the Southern District of California. (*See* 2:12-CV-784, Doc. # 7, at 2.) FDIC–Colonial II and FDIC–Colonial III remain pending before this court.

It is therefore ORDERED that a status conference, to be held on the record, is set on **October 10, 2012, at 11 a.m.**, in Courtroom 2B to discuss scheduling and other procedural matters.

DONE this 19th day of September, 2012.

                                      /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE