IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>BANC OF AMERICA FUNDING CORPORATION, *et al.,*<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:12-CV-791-WKW |

## **ORDER**

Upon consideration of the motions of Defendants First Tennessee Bank National Association (successor by merger to First Horizon Home Loan Corporation), FTN Financial Securities Corporation, and First Horizon Asset Securities, Inc. (collectively, the "First Horizon Defendants") (Docs. # 8, 9), it is ORDERED that the motions are GRANTED, and that Bruce E. Clark, Esq., and Amanda F. Davidoff, Esq., are admitted *pro hac vice* as counsel for the First Horizon Defendants.

DONE this 20th day of September, 2012.

                              /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE