IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, )<br><br>Plaintiff, )<br><br>v. )<br><br>BANC OF AMERICA FUNDING CORPORATION, *et al.*, )<br><br>Defendants. ) | CASE NO. 2:12-CV-791-WKW |

## **ORDER**

Upon consideration of the motion of Defendants Banc of America Funding Corporation; Bank of America Corporation; Merrill Lynch, Pierce, Fenner & Smith, Inc.; and Banc of America Mortgage Securities, Inc. (collectively, the "Bank of America and Merrill Lynch Defendants") (Doc. # 13), it is ORDERED that the motion is GRANTED, and that Jared M. Gerber, Esq., is admitted *pro hac vice* as counsel for the Bank of America and Merrill Lynch Defendants.

DONE this 20th day of September, 2012.

                              /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE