```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602024233
Cashier ID: kruffin
Transaction Date: 09/24/2012
Payer Name: STARNES DAVIS FLORIE LLP
------------------------------------
PRO HAC VICE
 For: BRAD KARP
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
PRO HAC VICE
 For: BRUCE BIRENBOIM
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
PRO HAC VICE
 For: SUSANNA BUERGEL
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 304224
 Amt Tendered: $150.00
------------------------------------
Total Due:       $150.00
Total Tendered:  $150.00
Change Amt:      $0.00

2:12-cv-00791-WKW
```