IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:12-CV-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, *et al.* | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

Upon consideration of the motions of the parties to admit counsel *pro hac vice*

(Docs. # 22, 23, 24, 25), it is ORDERED that the motions are GRANTED, and that

Brad Karp, Bruce Birenboim, Susanna Buergel, Mark B. Holton, and David J. Grais

are admitted *pro hac vice* as counsel in the above-captioned matter.

DONE this 26th day of September, 2012.

                          /s/ W. Keith Watkins
                          CHIEF UNITED STATES DISTRICT JUDGE