IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:12-CV-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that the status conference set for October 10, 2012, at 11 a.m., will no longer take place in Courtroom 2B. Instead, the conference, to be held on the record, will instead take place telephonically at the same time. Counsel for Plaintiff is DIRECTED to make all necessary arrangements for the conference call.

DONE this 26th day of September, 2012.

                                                  /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE