UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for COLONIAL BANK,<br><br>               Plaintiff,<br><br>               v.<br><br>BANC OF AMERICA FUNDING CORP.; BANK OF AMERICA CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BANC OF AMERICA MORTGAGE SECURITIES, INC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIGROUP FINANCIAL PRODUCTS INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORP.; FTN FINANCIAL SECURITIES CORP.; and HSBC SECURITIES (USA) INC. | No. 2:12-CV-791-WKW-WC<br><br>ECF Case<br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE** |

        WHEREAS on August 10, 2012, plaintiff, the Federal Deposit Insurance Corporation as Receiver for Colonial Bank ("FDIC") filed a Complaint in the Circuit Court of Montgomery County, Alabama, against defendants Banc of America Funding Corp., Bank of America Corp. Merrill Lynch, Pierce, Fenner & Smith Inc., Banc of America Mortgage Securities, Inc., Citicorp Mortgage Securities Inc., CitiMortgage Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Management LLC, Credit Suisse Securities (USA) LLC, First Horizon Asset Securities Inc., First Horizon Home Loan Corp., FTN

Financial Securities Corp., and HSBC Securities (USA) Inc. ("Defendants") in the above-captioned matter;

WHEREAS on September 12, 2012, Defendants removed the suit from the Circuit Court to this Court;

WHEREAS the FDIC is considering whether to move to remand the suit;

WHEREAS the Defendants intend to move to dismiss the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

1. The FDIC shall by October 12, 2012 either move to remand the case or advise Defendants that the FDIC will not move to remand.

2. For any motions to dismiss that Defendants file, Defendants shall have the earlier of (i) 60 days from the date the FDIC advises Defendants that it will not move to remand the case, or (ii) 60 days from the date of the Court's decision on the FDIC's motion to remand, should the FDIC chose to seek remand, to move to dismiss the Complaint.  The FDIC shall have 60 days from the date Defendants file and serve motions to dismiss to file and serve any response to those motions, and Defendants shall have 30 days thereafter to file and serve a reply to the FDIC's response.

3. If motions to dismiss are filed, Defendants shall use good faith efforts to file one omnibus brief on any common issues in support of the motions.  Defendants also reserve the right to file briefs in support of the motions to dismiss to address any individual issues.  The total number of pages of all briefs in support of the motions filed by Defendants shall not exceed 60 pages.  Each group of affiliated Defendants (that is, Defendants that shared

a common corporate parent at the time of issuance of the certificates at issue) shall be entitled to file only one brief on individual issues pursuant to this paragraph.

    4.    The FDIC may file one or more briefs in response to the motions to dismiss, and the total number of pages of the FDIC's response to all motions shall not exceed 60 pages.

    5.    Defendants may file one or more reply briefs in further support of the motions to dismiss, and the total number of pages of all reply briefs shall not exceed 35 pages.

    6.    By entering into this stipulation neither the FDIC nor Defendants waive, and each specifically reserves, all rights, claims and defenses.

Dated: September 26, 2012
       Montgomery, Alabama

| | |
|---|---|
| RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A. | STARNES DAVIS FLORIE LLP |
| By: _/s/ Dennis R. Bailey_____ | By: _/s/ Jay M. Ezelle_____ |
| Dennis R. Bailey (BAI028) | Michael Florie (ASB-7356-I53M) |
| R. Austin Huffaker (HUF006) | Jay Ezelle (ASB-4744-Z72J) |
| J. Evans Bailey (BAI062) | Cole R. Gresham (ASB-8993-L74G) |
| 184 Commerce Street | 100 Brookwood Place, 7th Floor |
| Post Office Box 270 | Birmingham, Alabama 35259 |
| Montgomery, Alabama 36101-0270 | Tel.: (205) 868-6000 |
| Tel.: (334) 206-3234 | Fax: (205) 868-6099 |
| Fax: (334) 481-0031 | MFlorie@starneslaw.com |
| drb@rushtonstakely.com | JEzelle@starneslaw.com |
| rah2@rushtonstakely.com | CGresham@starneslaw.com |
| ebailey@rushtonstakely.com | |

*Of Counsel:*  (left)  *Of Counsel:* (right)

| | |
|---|---|
| GRAIS & ELLSWORTH LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| David J. Grais | Brad S. Karp |
| Mark B. Holton | Bruce Birenboim |
| 1211 Avenue of the Americas | Susanna M. Buergel |
| New York, New York 10036 | 1285 Avenue of the Americas |
| Tel.: (212) 755-0100 | New York, New York 10019-6064 |
| Fax: (212) 755-0052 | Tel.: (212) 373-3000 |
| | Fax: (212) 757-3990 |
| | BKarp@paulweiss.com |
| | BBirenboim@paulweiss.com |
| | SBuergel@paulweiss.com |

*Attorneys for Federal Deposit Insurance Corporation, as receiver for Colonial Bank*

*Attorneys for Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Financial Products Inc., and Citigroup Global Markets Inc.*

MAYNARD COOPER & GALE PC

By: _/s/ Carl S. Burkhalter_____
Carl S. Burkhalter (BUR086)

2

Richard J. Davis (DAV178)
Todd H. Cox (COX031)
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203
Tel.: (205) 254-1000
Fax: (205) 254-1999
cburkhalter@maynardcooper.com
rdavis@maynardcooper.com
tcox@maynardcooper.com

*Of Counsel:*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Roger Allen Cooper
Jared Mitchell Gerber
One Liberty Plaza
New York, New York 10006
Tel.: (212) 225-2000
Fax: (212) 225-3999
racooper@cgsh.com
jgerber@cgsh.com

*Attorneys for Banc of America Funding Corporation, Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith, Inc., and Banc of America Mortgage Securities, Inc.*

COPELAND, FRANCO, SCREWS & GILL, P.A.

By:   /s/ Richard H. Gill
Richard H. Gill (ASB-7945-G70R)
444 South Perry Street
Montgomery, Alabama 36104
Tel.: (334) 834-1180
Fax: (334) 834-3172
gill@copelandfranco.com

*Of Counsel:*

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Richard J. Stark

3

Michael T. Reynolds
Worldwide Plaza
825 8th Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
rstark@cravath.com
mreynolds@cravath.com

*Attorneys for Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Management LLC and Credit Suisse Securities (USA) LLC*

BAKER DONELSON BEARMAN, CALDWELL, BERKOWITZ, PC

By: \_\_/s/ W. Patton Hahn_____
W. Patton Hahn (HAH002)
Timothy M. Lupinacci (LUP001)
Patricia Clotfelter (CLO001)
1400 Wells Fargo Tower
420 20th Street North
Birmingham, Alabama 35203
Tel.: (205) 250-8366
Fax: (205) 488-8315
phahn@bakerdonelson.com
tlupinacci@bakerdonelson.com
pclotfelter@bakerdonelson.com

*Of Counsel:*

SULLIVAN & CROMWELL LLP
Bruce E. Clark
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
clarkb@sullcrom.com

SULLIVAN & CROMWELL LLP
Amanda F. Davidoff
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 956-7500
Fax: (202) 293-6330

davidoffa@sullcrom.com

*Attorneys for First Tennessee Bank National Association (successor by merger to First Horizon Asset Securities Inc.), First Horizon Home Loan Corporation and FTN Financial Securities Corporation*

McDOWELL KNIGHT ROEDDER & SLEDGE, LLC

By: __/s/ Archibald T. Reeves_____
Archibald T. Reeves, IV (REEVA2720)
Robert B. McGinley, Jr. (MCGIR1338)
Samuel Fraser Reid, III (REIDS__)
Post Office Box 350
Mobile, Alabama 36601
Tel.: (251) 432-5300
Fax: (251) 532-5303
areeves@mcdowellknight.com
rmcginley@mcdowellknight.com
freid@mcdowellknight.com

*Attorneys for HSBC Securities (USA) Inc.*



SO ORDERED:


_____
The Honorable William Keith Watkins
United States District Judge
Dated:

5

## CERTIFICATE OF SERVICE:

I hereby certify that on this the 26th day of September 2012, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following:

Dennis R. Bailey
John Evans Bailey
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270

Davis J. Grais
Mark B. Holton
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036

Bruce E. Clark
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Amanda F. Davidoff
SULLIVAN & CROMWELL
1701 Pennsylvania Avenue, NW
8th Floor
Washington, DC 20006

Patricia Clotfelter
Timothy Michael Lupinacci
William Patton Hahn
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, AL  35203

Carl Stanley Burkhalter
Richard Jon Davis
Todd Harris Cox
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL  35203

Jared Mitchell Gerber
Roger Allen Cooper
CLEARY GOTTLEIB STEEN & HAMILTON LLP
1 Liberty Plaza
New York, NY  10006-1404

Archibald Thomas Reeves, IV
Robert Ball McGinley, Jr.
Samuel Fraser Reid, III
MCDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
63 South Royal Street
Mobile, AL  36602

                                        s/ Jay M. Ezelle
                                        Jay M. Ezelle (ASB-4744-Z72J)
                                        STARNES DAVIS FLORIE LLP
                                        Seventh Floor, 100 Brookwood Place
                                        P.O. Box 598512
                                        Birmingham, Alabama 35259-8512
                                        Telephone: (205) 868-6000
                                        Fax: (205) 868-6099
                                        E-mail: jezelle@starneslaw.com