IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:12-CV-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, *et al.* ) ) ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Stipulation and Proposed Order Establishing Briefing Schedule filed by the parties (Doc. # 32), it is ORDERED that the stipulation is ADOPTED as the order of the court.

DONE this 2nd day of October, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE