```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602024366
Cashier ID: khaynes
Transaction Date: 10/03/2012
Payer Name: COPELAND FRANCO SCREWS
------------------------------------
PRO HAC VICE
 For: RICHARD W CLARY
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
PRO HAC VICE
 For: JULIE A NORTH
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
PRO HAC VICE
 For: RICHARD J STARK
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
PRO HAC VICE
 For: MICHAEL T REYNOLDS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
PRO HAC VICE
 For: LAUREN ANN MOSKOWITZ
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 64636
 Amt Tendered:   $250.00
------------------------------------
Total Due:       $250.00
Total Tendered:  $250.00
Change Amt:      $0.00

2:12-cv-00791-WKW-WC


Federal Deposit Insurance
Corporation as Receiver for
Colonial Bank v. Banc of America
Funding Corporation et al
```