IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:12-CV-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, *et al.* | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the motions to admit counsel *pro hac vice* (Docs. # 34, 35, 36, 37, 38), it is ORDERED that the motions are GRANTED, and Richard W. Clary, Julie A. North, Richard J. Stark, Michael T. Reynolds, and Lauren Ann Moskowitz are admitted *pro hac vice* as counsel in the above-captioned matter.

DONE this 4th day of October, 2012.

                                          /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE