```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602024277
Cashier ID: khaynes
Transaction Date: 09/25/2012
Payer Name: RUSHTON STAKELY JOHNSTON
----------------------------------------
PRO HAC VICE
 For: MARK HOLTON
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
PRO HAC VICE
 For: DAVID GRAIS
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
----------------------------------------
CHECK
 Check/Money Order Num: 131937
 Amt Tendered:  $100.00
----------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

  2:12-cv-00791-WKW-WC
```