UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,<br><br>                   Plaintiff,<br>  v.<br><br>BANC OF AMERICA FUNDING CORPORATION, a corporation; BANK OF AMERICA CORPORATION, a corporation; MERRILL LYNCH, PIERCE, FENNER & SMITH INC., a corporation; BANC OF AMERICA MORTGAGE SECURITIES, INC., a corporation; CITICORP MORTGAGE SECURITIES, INC., a corporation; CITIMORTGAGE, INC., a corporation; CITIGROUP MORTGAGE LOAN TRUST INC., a corporation; CITIGROUP FINANCIAL PRODUCTS INC., a corporation; CITIGROUP GLOBAL MARKETS INC., a corporation; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., a corporation; CREDIT SUISSE MANAGEMENT LLC, a limited liability company; CREDIT SUISSE SECURITIES (USA) LLC, a limited liability company; FIRST HORIZON ASSET SECURITIES INC., a corporation; FIRST HORIZON HOME LOAN CORPORATION, a corporation; FTN FINANCIAL SECURITIES CORP., a corporation; and HSBC SECURITIES (USA) INC., a corporation;<br><br>                   Defendants. | No. 12-cv-791-WKW-WC<br><br>ECF Case |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendants First Tennessee Bank National Association (successor by merger to First Horizon Home Loan Corporation),[1] FTN Financial Securities Corporation, and First Horizon Asset Securities, Inc. (together, the "First Horizon Defendants"), by and through the undersigned counsel, hereby move for the admission *pro hac vice* of Kathleen S. McArthur, Esq., attorney with the law firm of Sullivan & Cromwell LLP, 1701 Pennsylvania Avenue, NW, Washington, DC 20006. In support of said Motion for Admission *Pro Hac Vice*, the First Horizon Defendants set forth and say as follows:

1. Kathleen S. McArthur, Esq. is a member in good standing of the United States District Court for the District of Columbia, the district in which Kathleen S. McArthur, Esq. regularly practices law. A certificate of good standing from that court is attached as Exhibit A.

2. Kathleen S. McArthur, Esq., and/or her firm, regularly performs legal services for the First Horizon Defendants and, at their request, seeks this Court's approval for her admission *pro hac vice* to represent the interests of the First Horizon Defendants in this case.

3. The appearance of Kathleen S. McArthur, Esq. as counsel *pro hac vice* for the First Horizon Defendants will be in conjunction with the undersigned, who is a member in good standing of the Bar of the State of Alabama and admitted to practice before this United States District Court.

---

[1] First Horizon Home Loan Corporation no longer exists as a separate entity; it was merged into First Tennessee Bank National Association in 2007.

WHEREFORE, PREMISES CONSIDERED, the First Horizon Defendants move this Honorable Court to enter an Order admitting Kathleen S. McArthur, Esq. *pro hac vice* as counsel in this case.

| | |
|---|---|
| Dated: Montgomery, Alabama<br>October 4, 2012 | Respectfully submitted,<br><br>/s/ W. Patton Hahn |
| *Of Counsel:*<br>Bruce E. Clark<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Tel.: (212) 558-4000<br>Fax: (212) 558-3588<br>clarkb@sullcrom.com<br><br>Amanda F. Davidoff<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Tel.: (202) 956-7500<br>Fax: (202) 293-6330<br>davidoffa@sullcrom.com | W. Patton Hahn (HAH002)<br>Timothy M. Lupinacci (LUP001)<br>Patricia Clotfelter (CLO001)<br>BAKER DONELSON BEARMAN,<br>CALDWELL, BERKOWITZ, PC<br>1400 Wells Fargo Tower<br>420 20th Street North<br>Birmingham, AL 35203<br>Telephone: (205) 250-8366<br>Facsimile: (205) 488-3766<br><br>*Attorneys for Defendants First Tennessee Bank National Association (successor by merger to First Horizon Home Loan Corporation), FTN Financial Securities Corporation, and First Horizon Asset Securities, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Dennis R. Bailey, Esq.
John Evans Bailey, Esq.
R. Austin Huffaker, Jr., Esq.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270

Davis J. Grais, Esq.
Mark B. Holton, Esq.
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036

Richard Clary, Esq.
Michael T. Reynolds, Esq.
Richard J. Stark, Esq.
CRAVATH SWAINE & MOORE LLP
Worldwide Plaza
825 8th Avenue
New York, NY 10019

Richard Hamilton Gill, Esq.
COPELAND FRANCO SCREWS & GILL
P.O. Box 347
Mongtomery, AL 36101-0347

Carl Stanley Burkhalter, Esq.
Richard Jon Davis, Esq.
Todd Harris Cox, Esq.
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203

-2-

Jared Mitchell Gerber, Esq.
Roger Allen Cooper, Esq.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
1 Liberty Plaza
New York, NY 10006-1404

Archibald Thomas Reeves, IV, Esq.
Robert Ball McGinley, Jr., Esq.
Samuel Fraser Reid, III, Esq.
MCDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
63 South Royal Street
Mobile, AL 36602

Jay M. Ezelle, Esq.
Michael A. Florie, Esq.
Cole R. Gresham, Esq.
STARNES DAVIS FLORIE LLP
P. O. Box 598512
Birmingham, AL 35259-8512

Brad S. Karp, Esq.
Bruce Birenboim, Esq.
Susanna M. Buergel, Esq.
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019

　　　　　　　　　　　　　　　　　　　　　/s/ W. Patton Hahn
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　W. Patton Hahn

# Exhibit A

# United States District & Bankruptcy Courts
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**KATHLEEN   S.   MC ARTHUR**

was, on the __1st__ day of __October__ A.D. __2012__ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this __1st__ day of __October__ A.D. 2012.



**ANGELA   D.   CAESAR,** CLERK

By: _____
                    **Deputy Clerk**