IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation,<br><br>   Plaintiff,<br><br>v.<br><br>BANC OF AMERICA FUNDING CORPORATION, *et al.*<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:12-CV-791-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the motions to admit counsel *pro hac vice* (Doc. # 39), it is ORDERED that the motion is GRANTED, and Kathleen S. McArthur is admitted *pro hac vice* as counsel in the above-captioned matter.

DONE this 9th day of October, 2012.

            /s/ W. Keith Watkins
          CHIEF UNITED STATES DISTRICT JUDGE