```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602024486
Cashier ID: khaynes
Transaction Date: 10/12/2012
Payer Name: BAKER DONELSON BEARMAN
------------------------------------
PRO HAC VICE
 For: KATHLEEN S MCARTHUR
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 119740
 Amt Tendered:   $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

2:12-cv-00791-WKW-WC


Federal Deposit Insurance
Corporation as Receiver for
Colonial Bank v. Banc of America
Funding Corporation et al
```