# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

FEDERAL DEPOSIT INSURANCE          §
CORPORATION AS RECEIVER FOR
COLONIAL BANK,                     §

                                   §
     Plaintiff,
                                   §
v.                                      Case No. 2:12-cv-791-WKW
                                   §
BANC OF AMERICA FUNDING
CORPORATION; BANK OF AMERICA       §
CORPORATION; MERRILL LYNCH,
PIERCE, FENNER & SMITH INC.;       §
BANC OF AMERICA MORTGAGE
SECURITIES, INC.;                  §
CITIGROUP MORTGAGE SECURITIES,
INC.; CITIMORTGAGE, INC.;          §
CITIMORTGAGE LOAN
TRUST INC.; CITIGROUP              §
FINANCIAL PRODUCTS, INC.;
CITIGROUP GLOBAL                   §
MARKETS, INC.; CREDIT
SUISSE FIRST BOSTON MORTGAGE       §
SECURITIES CORP.;
CREDIT SUISSE MANAGEMENT LLC;      §
CREDIT SUISSE SECURITIES (USA) LLC;
FIRST HORIZON ASSEST SECURITIES, INC.;  §
FIRST HORIZON HOME
LOAN CORPORATION;                  §
FTN FINANCIAL SECURITIES CORP.;
and HSBC SECURITIES (USA) INC.,    §

     Defendants.                   §


## DECLARATION OF MARK B. HOLTON IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

I, Mark B. Holton, declare as follows:

1.      I am a partner with the law firm Grais & Ellsworth, LLP, co-counsel to the Plaintiff in this action. I was granted admission to this Court *pro hac vice* on October 9, 2012.

2.      I submit this declaration in support of the Plaintiff's motion to remand this action to state court.

3.      Attached as Exhibit A is a true copy of a certificate of corporate existence from the Alabama Secretary of State with respect to First Horizon Home Loan Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of October, 2012, in New York, New York.

/S/ *Mark B. Holton*
Mark. B. Holton

Beth Chapman
Secretary of State

EXHIBIT A

P. O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Beth Chapman, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

the entity records on file in this office disclose that First Horizon Home Loan Corporation a Kansas entity, qualified in the State of Alabama on November 12, 1987.  The Alabama Entity Identification number for this entity is 889-894.  I further certify that the records do not disclose that said qualification has been revoked, cancelled or terminated.



20121009000008556

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.

10/9/2012
_____
Date

*Beth Chapman*
_____
Beth Chapman                Secretary of State