IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:12-CV-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, *et al.* | ) ) ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the briefing schedule (Doc. # 33) is modified to add the following instructions:

1.  Briefs must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.  Additionally, the filing party shall submit to chambers a paper courtesy copy, stamped as filed by the clerk, **bound in a three-ring binder and tabbed**.

2.  Courtesy copies are due in chambers within **5 days** after the filing.

DONE this 15th day of October, 2012.

_____
/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE