UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for COLONIAL BANK,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BANC OF AMERICA FUNDING CORP.; BANK OF AMERICA CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BANC OF AMERICA MORTGAGE SECURITIES, INC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIGROUP FINANCIAL PRODUCTS INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORP.; FTN FINANCIAL SECURITIES CORP.; and HSBC SECURITIES (USA) INC. | No. 2:12-CV-791-WKW-WC<br><br>ECF Case<br><br><br>**STIPULATION AND [PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE** |

　　　　WHEREAS on August 10, 2012, plaintiff, the Federal Deposit Insurance Corporation as Receiver for Colonial Bank ("FDIC") filed a Complaint in the Circuit Court of Montgomery County, Alabama, against defendants Banc of America Funding Corp., Bank of America Corp., Merrill Lynch, Pierce, Fenner & Smith Inc., Banc of America Mortgage Securities, Inc., Citicorp Mortgage Securities Inc., CitiMortgage Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Management LLC, Credit Suisse Securities (USA) LLC, First Horizon Asset Securities Inc., First Horizon Home Loan Corp., FTN

Financial Securities Corp., and HSBC Securities (USA) Inc. ("Defendants") in the above-captioned matter;

WHEREAS on September 12, 2012, Defendants removed the suit from the Circuit Court to this Court;

WHEREAS on October 12, 2012, the FDIC moved to remand this action;

WHEREAS Defendants are considering whether to move to transfer this action to the Southern District of New York;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that:

1. Defendants shall file and serve their opposition to the FDIC's motion to remand on or before November 19, 2012. The FDIC shall file and serve its reply to Defendants' opposition on or before December 10, 2012.

2. Any motion by Defendants to transfer this action to the Southern District of New York shall be filed and served on or before November 9, 2012. The FDIC shall file and serve any opposition to that motion by December 10, 2012, and Defendants shall file and serve any reply to the FDIC's opposition by December 21, 2012.

3. By entering into this stipulation, neither the FDIC nor Defendants waives, and each specifically reserves, all rights, claims and defenses.

[signatures on next page]

Dated: October 17, 2012
Montgomery, Alabama

| | |
|---|---|
| RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A. | STARNES DAVIS FLORIE LLP |
| By: /s/ J. Evans Bailey<br>Dennis R. Bailey (BAI028)<br>R. Austin Huffaker (HUF006)<br>J. Evans Bailey (BAI062)<br>184 Commerce Street<br>Post Office Box 270<br>Montgomery, Alabama 36101-0270<br>Tel.: (334) 206-3234<br>Fax: (334) 481-0031<br>drb@rushtonstakely.com<br>rah2@rushtonstakely.com<br>ebailey@rushtonstakely.com | By: /s/ Jay Ezelle<br>Michael Florie (ASB-7356-I53M)<br>Jay Ezelle (ASB-4744-Z72J)<br>Cole R. Gresham (ASB-8993-L74G)<br>100 Brookwood Place, 7th Floor<br>Birmingham, Alabama 35259<br>Tel.: (205) 868-6000<br>Fax: (205) 868-6099<br>MFlorie@starneslaw.com<br>JEzelle@starneslaw.com<br>CGresham@starneslaw.com |
| *Of Counsel:* | *Of Counsel:* |
| GRAIS & ELLSWORTH LLP<br>David J. Grais<br>Mark B. Holton<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 755-0100<br>Fax: (212) 755-0052 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>Brad S. Karp<br>Bruce Birenboim<br>Susanna M. Buergel<br>1285 Avenue of the Americas<br>New York, New York 10019-6064<br>Tel.: (212) 373-3000<br>Fax: (212) 757-3990<br>BKarp@paulweiss.com<br>BBirenboim@paulweiss.com<br>SBuergel@paulweiss.com |
| *Attorneys for Federal Deposit Insurance Corporation, as receiver for Colonial Bank* | *Attorneys for Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Financial Products Inc., and Citigroup Global Markets Inc.* |
| | MAYNARD COOPER & GALE PC |
| | By: /s/ Carl S. Burkhalter<br>Carl S. Burkhalter (BUR086) |

2

Richard J. Davis (DAV178)
Todd H. Cox (COX031)
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, Alabama 35203
Tel.: (205) 254-1000
Fax: (205) 254-1999
cburkhalter@maynardcooper.com
rdavis@maynardcooper.com
tcox@maynardcooper.com

*Of Counsel:*

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
Roger Allen Cooper
Jared Mitchell Gerber
One Liberty Plaza
New York, New York 10006
Tel.: (212) 225-2000
Fax: (212) 225-3999
racooper@cgsh.com
jgerber@cgsh.com

*Attorneys for Banc of America Funding Corporation, Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith, Inc., and Banc of America Mortgage Securities, Inc.*

COPELAND, FRANCO, SCREWS &
GILL, P.A.

By: /s/ Richard H. Gill
Richard H. Gill (ASB-7945-G70R)
444 South Perry Street
Montgomery, Alabama 36104
Tel.: (334) 834-1180
Fax: (334) 834-3172
gill@copelandfranco.com

*Of Counsel:*

CRAVATH, SWAINE & MOORE LLP
Richard W. Clary
Richard J. Stark

3

Michael T. Reynolds
Worldwide Plaza
825 8th Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
rclary@cravath.com
rstark@cravath.com
mreynolds@cravath.com

*Attorneys for Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Management LLC and Credit Suisse Securities (USA) LLC*

BAKER DONELSON BEARMAN, CALDWELL, BERKOWITZ, PC

By: /s/ W. Patton Hahn
W. Patton Hahn (HAH002)
Timothy M. Lupinacci (LUP001)
Patricia Clotfelter (CLO001)
1400 Wells Fargo Tower
420 20th Street North
Birmingham, Alabama 35203
Tel.: (205) 250-8366
Fax: (205) 488-8315
phahn@bakerdonelson.com
tlupinacci@bakerdonelson.com
pclotfelter@bakerdonelson.com

*Of Counsel:*

SULLIVAN & CROMWELL LLP
Bruce E. Clark
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
clarkb@sullcrom.com

SULLIVAN & CROMWELL LLP
Amanda F. Davidoff
1701 Pennsylvania Avenue, NW
Washington, D.C. 20006
Tel.: (202) 956-7500
Fax: (202) 293-6330

4

davidoffa@sullcrom.com

*Attorneys for First Tennessee Bank National Association (successor by merger to First Horizon Asset Securities Inc.), First Horizon Home Loan Corporation and FTN Financial Securities Corporation*

McDOWELL KNIGHT ROEDDER & SLEDGE, LLC

By: /s/ Archie Reeves
Archibald T. Reeves, IV (REEVA2720)
Robert B. McGinley, Jr. (MCGIR1338)
Samuel Fraser Reid, III (REIDS__)
Post Office Box 350
Mobile, Alabama 36601
Tel.: (251) 432-5300
Fax: (251) 532-5303
areeves@mcdowellknight.com
rmcginley@mcdowellknight.com
freid@mcdowellknight.com

*Attorneys for HSBC Securities (USA) Inc.*

SO ORDERED:

_____
The Honorable William Keith Watkins
United States District Judge
Dated:

5