IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:12-CV-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, *et al.* ) ) ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Stipulation and Proposed Order Establishing Briefing Schedule (Doc. # 51), it is ORDERED that the stipulation is ADOPTED as the order of the court. All briefs submitted in opposition to or support of the motion to remand or any motion to transfer shall comply with the court's order regarding courtesy copies (Doc. # 49).

DONE this 2nd day of November, 2012.

                                                /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE