**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 11, 2012

# NOTICE OF CORRECTION

**From:**              Clerk's Office

**Case Style:**        Federal Deposit Insurance Corporation as Receiver for Colonial Bank

**Case Number:**       #1:12-cv-00791-WKW

**Referenced Document:**   Document #54
Reply Memorandum of Law in Further Support of Motion to Remand

**This notice has been docketed to enter the corrected pdf of the referenced document into the record. The original pdf contained a typographical error in the footnote. The corrected pdf is attached to this notice.**