UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for COLONIAL BANK,<br><br>*Plaintiff*,<br><br>- v. -<br><br>BANC OF AMERICA FUNDING CORP.; BANK OF AMERICA CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BANC OF AMERICA MORTGAGE SECURITIES, INC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIGROUP FINANCIAL PRODUCTS INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORP.; FTN FINANCIAL SECURITIES CORP.; and HSBC SECURITIES (USA) INC.,<br><br>*Defendants*. | No. 2:12-CV-791-WKW<br><br>ECF CASE |

## MOTION FOR ORAL ARGUMENT

COME NOW, Defendants Banc of America Funding Corporation, Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith, Inc., Banc of America Mortgage Securities, Inc., Citicorp Mortgage Securities, Inc., CitiMortgage, Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Financial Products Inc., Citigroup Global Markets Inc., Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Management LLC, Credit Suisse Securities (USA) LLC, First Horizon Asset Securities Inc., First Tennessee Bank National Association, as successor by merger to First Horizon

Home Loan Corporation, FTN Financial Securities Corp., and HSBC Securities (USA) Inc., to respectfully request that this Court hold oral argument on the motion to remand filed by Plaintiff, the Federal Deposit Insurance Corporation as receiver for Colonial Bank (the "FDIC").

The FDIC filed this action in the Circuit Court of Montgomery County, Alabama on August 10, 2012. Defendants subsequently removed this action on the basis that: (1) it falls within the original jurisdiction of this Court pursuant to the Edge Act, 12 U.S.C. § 632; (2) it is related to cases under the Bankruptcy Code, Title 11 of the United States Code, and is therefore within this Court's jurisdiction under 28 U.S.C. § 1334(b); and (3) the Court has federal question jurisdiction over this action under 28 U.S.C. § 1331. The FDIC filed its motion to remand on October 12, 2012 and Defendants filed their opposition on November 19, 2012. The FDIC filed a reply brief on December 10, 2012.

In its reply brief, the FDIC discussed and relied upon several cases decided after Defendants filed their opposition, including *FDIC v. Ally Securities*, No. A-12-CA-872-SS (W.D. Tex. Dec. 6, 2012), *FDIC v. J.P. Morgan Securities, LLC*, No. A-12-CA-878-SS (W.D. Tex. Dec. 6, 2012), *FDIC v. Morgan Stanley & Co. LLC*, No. H-12-1777 (S.D. Tex. Nov. 27, 2012), and *FDIC v. Countrywide Securities Corp.*, No. 12-CV-08317 (C.D. Cal. Dec. 7, 2012). Defendants have not had an opportunity to address the FDIC's arguments relating to the newly-issued decisions relied upon by the FDIC in its reply brief. To provide Defendants with the opportunity to address these cases and arguments, and because of the complicated nature of the legal issues raised by the FDIC's remand motion, Defendants respectfully request that this Court hold oral argument. In

the alternative, if the Court is not inclined to hear oral argument on the remand motion, Defendants request permission to file a supplemental brief of not more than 10 pages to address the FDIC's arguments regarding these newly-issued decisions.

Counsel for all defendants are available for oral argument on March 7th or 8th, 2013.  Should these dates not work for the Court, defendants will find suitable alternatives.  Counsel for defendants have conferred with plaintiff in an effort to file this motion by joint consent.  However, counsel for plaintiff declined to join in defendants' motion.

Dated:  January 15, 2013                    Respectfully Submitted,

| STARNES DAVIS FLORIE LLP | MAYNARD COOPER & GALE PC |
|---|---|
| By: /s/ Michael Florie | By: /s/ Carl S. Burkhalter |

| | |
|---|---|
| Michael Florie (ASB-7356-I53M) | Carl S. Burkhalter (BUR086) |
| Jay Ezelle (ASB-4744-Z72J) | Richard Jon Davis (DAV178) |
| Cole R. Gresham (ASB-8993-L74G) | Todd Harris Cox (COX031) |
| 100 Brookwood Place, 7th Floor | 1901 Sixth Avenue North |
| Birmingham, Alabama 35259 | Birmingham, Alabama 35203 |
| Tel.: (205) 868-6000 | Tel.: (205) 254-1000 |
| Fax: (205) 868-6099 | Fax: (205) 254-1999 |
| MFlorie@starneslaw.com | cburkhalter@maynardcooper.com |
| JEzelle@starneslaw.com | rdavis@maynardcooper.com |
| CGresham@starneslaw.com | tcox@maynardcooper.com |

*Of Counsel:*                                                *Of Counsel:*

| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | CLEARY GOTTLIEB STEEN & HAMILTON LLP |
|---|---|
| Brad S. Karp | Roger Allen Cooper |
| Bruce Birenboim | Jared Mitchell Gerber |
| Susanna M. Buergel | One Liberty Plaza |
| 1285 Avenue of the Americas | New York, New York 10006 |
| New York, New York 10019-6064 | Tel.: (212) 225-2000 |
| Tel.: (212) 373-3000 | Fax: (212) 225-3999 |
| Fax: (212) 757-3990 | racooper@cgsh.com |
| BKarp@paulweiss.com | jgerber@cgsh.com |
| BBirenboim@paulweiss.com | |
| SBuergel@paulweiss.com | *Attorneys for Banc of America Funding Corporation, Bank of America Corporation, Merrill Lynch, Pierce, Fenner & Smith, Inc., and Banc of America Mortgage Securities, Inc.* |
| *Attorneys for Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Financial Products Inc., and Citigroup Global Markets Inc.* | |

| | |
|---|---|
| COPELAND, FRANCO, SCREWS & GILL, P.A.<br>By: /s/ Richard H. Gill | BAKER DONELSON BEARMAN, CALDWELL, BERKOWITZ, PC<br>By: /s/ W. Patton Hahn |
| Richard H. Gill (ASB-7945-G70R)<br>444 South Perry Street<br>Montgomery, Alabama 36104<br>Tel.: (334) 834-1180<br>Fax: (334) 834-3172<br>gill@copelandfranco.com | W. Patton Hahn (HAH002)<br>Timothy M. Lupinacci (LUP001)<br>Patricia Clotfelter (CLO001)<br>1400 Wells Fargo Tower<br>420 20th Street North<br>Birmingham, Alabama 35203<br>Tel.: (205) 250-8366<br>Fax: (205) 488-8315<br>phahn@bakerdonelson.com<br>tlupinacci@bakerdonelson.com<br>pclotfelter@bakerdonelson.com |
| *Of Counsel:* | *Of Counsel:* |
| CRAVATH, SWAINE & MOORE LLP<br>Richard W. Clary<br>Julie A. North<br>Richard J. Stark<br>Michael T. Reynolds<br>Lauren Moskowitz<br>Worldwide Plaza<br>825 8th Avenue<br>New York, New York 10019<br>Tel.: (212) 474-1000<br>Fax: (212) 474-3700<br>rclary@cravath.com<br>jnorth@cravath.com<br>rstark@cravath.com<br>mreynolds@cravath.com<br>lmoskowitz@cravath.com | SULLIVAN & CROMWELL LLP<br>Bruce E. Clark<br>125 Broad Street<br>New York, New York 10004<br>Tel.: (212) 558-4000<br>Fax: (212) 558-3588<br>clarkb@sullcrom.com<br><br>SULLIVAN & CROMWELL LLP<br>Amanda F. Davidoff<br>Kathleen S. MacArthur<br>1701 Pennsylvania Avenue, NW<br>Washington, D.C. 20006<br>Tel.: (202) 956-7500<br>Fax: (202) 293-6330<br>davidoffa@sullcrom.com<br>mcarthurk@sullcrom.com |
| *Attorneys for Credit Suisse First Boston Mortgage Securities Corp., Credit Suisse Management LLC and Credit Suisse Securities (USA) LLC* | *Attorneys for First Tennessee Bank National Association (successor by merger to First Horizon Home Loan Corporation), First Horizon Asset Securities Inc. and FTN Financial Securities Corp.* |

McDOWELL KNIGHT ROEDDER &
SLEDGE, LLC
By: /s/ Archibald T. Reeves

Archibald T. Reeves, IV (REEVA2720)
Robert B. McGinley, Jr. (MCGIR1338)
Post Office Box 350
Mobile, Alabama 36601
Tel.: (251) 432-5300
Fax: (251) 532-5303
areeves@mcdowellknight.com
rmcginley@mcdowellknight.com

*Attorneys for HSBC Securities (USA) Inc.*

## **CERTIFICATE OF SERVICE:**

I hereby certify that on this the 15th day of January, 2013, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following:

Davis J. Grais
Mark B. Holton
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036
dgrais@graisellsworth.com
mholton@graisellsworth.com

Dennis R. Bailey
John Evans Bailey
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
drb@rushtonstakely.com
ebailey@rushtonstakely.com
rah2@rsjg.com

Bruce E. Clark
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
clarkb@sullcrom.com

Amanda F. Davidoff
Kathleen S. McArthur
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
8th Floor
Washington, DC 20006
davidoffa@sullcrom.com
mcarthurk@sullcrom.com

Patricia Clotfelter
Timothy Michael Lupinacci
William Patton Hahn
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, AL  35203
pclotfelter@bakerdonelson.com
tlupinacci@bakerdonelson.com
phahn@bakerdonelson.com

Carl Stanley Burkhalter
Richard Jon Davis
Todd Harris Cox
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL  35203
cburkhalter@maynardcooper.com
rdavis@maynardcooper.com
tcox@maynardcooper.com

Jared Mitchell Gerber
Roger Allen Cooper
CLEARY GOTTLEIB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006-1404
jgerber@cgsh.com
racooper@cgsh.com

Richard W. Clary
Julie A. North
Lauren Ann Moskowitz
Michael T. Reynolds
Richard J. Stark
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue – Worldwide Plaza
New York, NY  10019
rclary@cravath.com
jnorth@cravath.com
lmoskowitz@cravath.com
mreynolds@cravath.com
rstark@cravath.com

Richard Hamilton Gill
COPELAND FRANCO SCREWS & GILL
P.O. Box 347
Montgomery, AL 36101
gill@copelandfranco.com

Archibald Thomas Reeves, IV
Robert Ball McGinley, Jr.
Samuel Fraser Reid, III
MCDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
63 South Royal Street
Mobile, AL 36602
areeves@mcdowellknight.com
rmcginley@mcdowellknight.com
freid@mcdowellknight.com

Brad S. Karp
Bruce Birenboim
Susanna Buergel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
bkarp@paulweiss.com
bbirenboim@paulweiss.com
sbuergel@paulweiss.com

Michael A. Florie
Jay M. Ezelle
Cole R. Gresham
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
mflorie@starneslaw.com
jezelle@starneslaw.com
cgresham@starneslaw.com

        /s/ Cole R. Gresham
Cole R. Gresham (ASB-8993-L74G)
STARNES DAVIS FLORIE LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: cgresham@starneslaw.com