UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for COLONIAL BANK,<br><br>            Plaintiff,<br><br>            v.<br><br>BANC OF AMERICA FUNDING CORP.; BANK OF AMERICA CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BANC OF AMERICA MORTGAGE SECURITIES, INC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIGROUP FINANCIAL PRODUCTS INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORP.; FTN FINANCIAL SECURITIES CORP.; and HSBC SECURITIES (USA) INC.,<br><br>            Defendants. | Civil Action No. 2:12-CV-00791-WKW-WC |

## NOTICE OF APPEARANCE

COMES NOW Stephen A. Sistrunk, of the firm of Starnes Davis Florie LLP, 100 Brookwood Place, 7th Floor, Birmingham, Alabama, 35209, and hereby gives notice of his entry of appearance on behalf of Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Inc., and Citigroup Financial Products Inc.

The Clerk and all parties are requested to forward copies of all pleadings, motions and other correspondence to the attention of the undersigned.

Respectfully Submitted,

STARNES DAVIS FLORIE LLP

By: /s/ Stephen A. Sistrunk
Michael Florie (ASB-7356-I53M)
Jay Ezelle (ASB-4744-Z72J)
Cole R. Gresham (ASB-8993-L74G)
Stephen A. Sistrunk (ASB-4229-E63S)
100 Brookwood Place, 7th Floor
Birmingham, Alabama 35209
Tel.: (205) 868-6000
Fax: (205) 868-6099
mflorie@starneslaw.com
jezelle@starneslaw.com
cgresham@starneslaw.com
ssistrunk@starneslaw.com

*Attorneys for Citicorp Mortgage Securities Inc., CitiMortgage Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Global Markets Inc., and Citigroup Financial Products Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of January 2013, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Davis J. Grais
Mark B. Holton
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036

Dennis R. Bailey
John Evans Bailey
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270

Bruce E. Clark
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

Amanda F. Davidoff
Kathleen S. McArthur
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
8th Floor
Washington, DC 20006

Patricia Clotfelter
Timothy Michael Lupinacci
William Patton Hahn
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 20th Street North, Suite 1600
Birmingham, AL  35203

Carl Stanley Burkhalter
Richard Jon Davis
Todd Harris Cox
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL  35203

Jared Mitchell Gerber
Roger Allen Cooper
CLEARY GOTTLEIB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006-1404

Richard W. Clary
Julie A. North
Lauren Ann Moskowitz
Michael T. Reynolds
Richard J. Stark
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue – Worldwide Plaza
New York, NY  10019

Richard Hamilton Gill
COPELAND FRANCO SCREWS & GILL
P.O. Box 347
Montgomery, AL  36101

Archibald Thomas Reeves, IV
Robert Ball McGinley, Jr.
Samuel Fraser Reid, III
MCDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
63 South Royal Street
Mobile, AL  36602

Brad S. Karp
Bruce Birenboim
Susanna Buergel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019

Michael A. Florie
Jay M. Ezelle
Cole R. Gresham
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL  35209


/s/  Stephen A. Sistrunk
Stephen A. Sistrunk (ASB-4229-E63S)
STARNES DAVIS FLORIE LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, Alabama 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: ssistrunk@starneslaw.com