# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, | § | |
| | § | |
| Plaintiff, | | |
| | § | |
| v. | | Case No. 2:12-cv-791-WKW |
| | § | |
| BANC OF AMERICA FUNDING CORPORATION; BANK OF AMERICA CORPORATION; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BANC OF AMERICA MORTGAGE SECURITIES, INC.; CITIGROUP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIMORTGAGE LOAN TRUST INC.; CITIGROUP FINANCIAL PRODUCTS, INC.; CITIGROUP GLOBAL MARKETS, INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; FIRST HORIZON ASSET SECURITIES, INC.; FIRST HORIZON HOME LOAN CORPORATION; FTN FINANCIAL SECURITIES CORP.; and HSBC SECURITIES (USA) INC., | § § § § § § § § § § | |
| | § | |
| Defendants. | | |

## PLAINTIFF'S MEMORANDUM IN RESPONSE
## TO DEFENDANTS' MOTION FOR ORAL ARGUMENT

The Federal Deposit Insurance Corporation as Receiver for Colonial Bank (FDIC) respectfully submits this Memorandum in Response to Defendants' Motion for Oral Argument.

Over one month after receiving the FDIC's Reply Memorandum of Law in Further Support of its Motion to Remand, Defendants now ask this Court to hold oral argument on the FDIC's motion primarily to afford them an opportunity to respond to decisions cited in the FDIC's Reply Memorandum that were rendered after the Defendants filed their opposition to the motion. (Def. Mot. at 2). It is more than a little curious that Defendants have waited so long to make this request. Nevertheless, the FDIC will, of course, participate in any oral argument the Court orders. The FDIC respectfully submits, however, that oral argument is unnecessary. The issues presented by the FDIC's motion have been thoroughly briefed, and, complicated though they may be (according to the Defendants (Def. Mot. at 2)), two federal courts (the Southern District of Texas and the Western District of Texas) recently decided motions to remand by the FDIC that raised many of the same issues presented here, without calling for oral argument. *See FDIC as Receiver for Guaranty Bank v. Ally Sec. LLC*, 1:12-cv-00872-SS, slip op. at 8-9 (W.D. Tex. Dec. 6, 2012); *FDIC as Receiver for Franklin Bank, S.S.B. v. Morgan Stanley & Co. LLC*, No. 4:12-cv-01777, slip op. at 13-14 (S.D. Tex. Nov. 27, 2012). The FDIC sees no reason why this Court cannot do the same.

Furthermore, if Defendants' principal concern is, as they assert, that they be given an opportunity to respond to the Reply Memorandum, oral argument likely would be of far less benefit to the Court than additional briefing. In that regard, the FDIC has no objection to the Defendants' alternative request to submit a brief limited to argument

regarding the "newly-issued" decisions, so long as the FDIC is also given the opportunity to submit a written response to the Defendants' new filing.

|  |  |
|---|---|
| | */s/ J. Evans Bailey* |
| | Dennis R. Bailey (BAI028) |
| OF COUNSEL: | R. Austin Huffaker (HUF006) |
| | J. Evans Bailey (BAI062) |
| David J. Grais (1641216) | Attorneys for Plaintiff |
| Mark B. Holton (3003043) | |
| | |
| GRAIS & ELLSWORTH LLP | RUSHTON, STAKELY |
| 1211 Avenue of the Americas | JOHNSTON & GARRETT, P.A. |
| New York, New York 10036 | 184 Commerce Street |
| Tel.: (212) 755-0100 | Montgomery, Alabama 36104 |
| Fax: (212) 755-0052 | Tel.:  (334) 206-3100 |
| | Fax:  (334) 481-0848 |
| | drb@rushtonstakely.com |
| | ebailey@rushtonstakely.com |
| | rah2@rushtonstakely.com |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2013, the foregoing was served upon the following by placing a copy of same in the United States Mail, postage prepaid:

    Todd H. Cox
    Carl S. Burkhalter
    Richard J. Davis
    Maynard, Cooper & Gale, P.C.
    1901 Sixth Avenue North
    2400 Regions Harbert Plaza
    Birmingham, AL 35203
    tcox@maynardcooper.com
    cburkhalter@maynardcooper.com
    rdavis@maynardcooper.com

    Roger A. Cooper
    Jared M. Gerber
    Clearly Gottlieb Steen & Hamilton, LLP
    One Liberty Plaza
    New York, NY 10006
    *Pro Hac Vice*

    William Patton Hahn
    Timothy M. Lupinacci
    Patricia Clotfelter
    William Patton Hahn
    Baker Donelson Bearman Caldwell Berkowitz
    1400 Wells Fargo Tower
    420 20th Street North
    Birmingham, AL 35203
    tlupinacci@bakerdonelson.com
    pclotfelter@bakerdonelson.com
    phahn@bakerdonelson.com

    Bruce E. Clark
    Sullivan & Cromwell, LLP
    125 Broad Street
    New York, NY 10004
    clarkb@sullcrom.com
    *Pro Hac Vice*

Amanda F. Davidoff
Kathleen S. McAruther
Sullivan & Cromwell, LLP
1701 Pennsylvania Avenue NW
Washington, DC 20006
davidoffa@sullcrom.com
*Pro Hac Vice*

Michael Anthony Florie
Jay Michael Ezelle
Cole Robinson Gresham
Stephen A. Sistrunk
Starnes Davis Florie LLP
100 Brookwood Place – 7th Floor
Birmingham, AL 35209
mflorie@starneslaw.com
jezelle@starneslaw.com
cgresham@starneslaw.com
ssistrunk@starneslaw.com

Bruce Birenboim
Susanna M. Buergel
Brad S. Karp
Paul Weiss Rifkind Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
bbirenboim@paulweiss.com
SBuergel@paulweiss.com
bkarp@paulweiss.com
*Pro Hac Vice*

Robert Ball McGinley, Jr.
McDowell Knight Roedder & Sledge LLC
11 North Water Street, Suite 13290
Mobile, AL 36602
rmcginley@mcdowellknight.com

Archibald Thomas Reeves, IV
McDowell Knight Roedder & Sledge LLC
63 South Royal Street
Mobile, AL 36602
areeves@mcdowellknight.com

Samuel Fraser Reid, III
McDowell Knight Roedder & Sledge LLC
P.O. Box 350
Mobile, AL 36601
freid@mcdowellknight.com

Richard Hamilton Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Montgomery, AL 36104
gill@copelandfranco.com

Michael T. Reynolds
Richard J. Stark
Richard W. Clary
Julie A. North
Lauren A. Moskowitz
Cravath, Swaine & Moore, LLP
825 Eighth Avenue, Worldwide Plaza
New York, NY 10019
rclary@cravath.com
*Pro Hac Vice*

> */s/ J. Evans Bailey*
> Of Counsel