IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, )<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANC OF AMERICA FUNDING CORPORATION, *et al.* )<br>)<br>)<br>Defendants. ) | CASE NO. 2:12-CV-791-WKW |

## **ORDER**

Upon consideration of the Motion for Oral Argument joined by all Defendants (Doc. # 56), which Plaintiff opposes (Doc. # 58), it is ORDERED that the motion is GRANTED. The court will hear oral arguments on the motions to remand pending in this case (Doc. # 48) and in the related case (2:12-cv-790, Doc. # 43) on **March 25, 2013, at 10:00 a.m.** in Courtroom 2B of the Frank M. Johnson Jr., U.S. Courthouse in Montgomery, Alabama. The time is divided as follows: 30 minutes total for Plaintiff in both cases, and 30 minutes total for Defendants, to be divided between the two cases as Defendants shall agree.

Further, in order to facilitate preparation for the hearing, it is ORDERED that Defendants may file a supplemental brief on or before **February 6, 2013**, to which

Plaintiff may reply on or before **February 13, 2013**.  Neither brief may exceed ten pages in length, and both must address only those decisions cited in Plaintiff's reply (Doc. # 54) that were decided after Defendants filed their opposition (Doc. # 53).

DONE this 30th day of January, 2013.

                                               /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE