UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for COLONIAL BANK,<br><br>*Plaintiff,*<br><br>v.<br><br>BANC OF AMERICA FUNDING CORP.; BANK OF AMERICA CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BANC OF AMERICA MORTGAGE SECURITIES, INC.; CITICORP MORTGAGE SECURITIES, INC.; CITIMORTGAGE, INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIGROUP FINANCIAL PRODUCTS INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORP.; FTN FINANCIAL SECURITIES CORP.; and HSBC SECURITIES (USA) INC.,<br><br>*Defendants.* | No. 2:12-CV-791-WKW-WC<br><br>ECF Case<br><br>**DECLARATION OF SUSANNA M. BUERGEL IN SUPPORT OF DEFENDANTS' SURREPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

Pursuant to 28 U.S.C. § 1746, I, Susanna M. Buergel, hereby declare as follows:

1. I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Financial Products Inc., and Citigroup Global Markets Inc. in the above-captioned action. I am a member in good standing of the bar of the State of New York, and I respectfully submit this declaration in support of Defendants' Surreply in Further Opposition to Plaintiff's Motion to Remand.

2.      Attached hereto as Exhibit A is a true and correct copy of the Complaint filed in *FDIC as Receiver for Colonial Bank* v. *Countrywide Securities Corporation, et al.*, dated August 10, 2012, and filed in the Circuit Court of Montgomery County, Alabama.

3.      Attached hereto as Exhibit B is a true and correct copy of the Memorandum of Points and Authorities in Support of Motion and Motion to Remand filed by the FDIC on October 12, 2012 in *FDIC as Receiver for Colonial Bank* v. *Countrywide Securities Corporation, et al.*, No. 12-cv-08317-MRP (C.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:  New York, New York
        February 6, 2013

By: /s/ Susanna M. Buergel

Susanna M. Buergel
(N.Y. Bar Registration No. 4050399)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Tel: (212) 373-3000
Fax: (212) 492-0553
sbuergel@paulweiss.com

*Attorney for Defendants Citicorp Mortgage Securities Inc., CitiMortgage Inc., Citigroup Mortgage Loan Trust Inc., Citigroup Financial Products Inc., and Citigroup Global Markets Inc.*

## **CERTIFICATE OF SERVICE:**

I hereby certify that on this the 6th day of February, 2013, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing, to the following:

Davis J. Grais
Mark B. Holton
GRAIS & ELLSWORTH LLP
1211 Avenue of the Americas
New York, NY 10036
dgrais@graisellsworth.com
mholton@graisellsworth.com

Dennis R. Bailey
John Evans Bailey
R. Austin Huffaker, Jr.
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Post Office Box 270
Montgomery, Alabama 36101-0270
drb@rushtonstakely.com
ebailey@rushtonstakely.com
rah2@rsjg.com

Bruce E. Clark
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
clarkb@sullcrom.com

Amanda F. Davidoff
Kathleen S. McArthur
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
8th Floor
Washington, DC 20006
davidoffa@sullcrom.com
mcarthurk@sullcrom.com

Patricia Clotfelter
Timothy Michael Lupinacci
William Patton Hahn
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 20th Street North, Suite 1600

Birmingham, AL  35203
pclotfelter@bakerdonelson.com
tlupinacci@bakerdonelson.com
phahn@bakerdonelson.com

Carl Stanley Burkhalter
Richard Jon Davis
Todd Harris Cox
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North, Suite 2400
Birmingham, AL  35203
cburkhalter@maynardcooper.com
rdavis@maynardcooper.com
tcox@maynardcooper.com

Jared Mitchell Gerber
Roger Allen Cooper
CLEARY GOTTLEIB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY  10006-1404
jgerber@cgsh.com
racooper@cgsh.com

Richard W. Clary
Julie A. North
Lauren Ann Moskowitz
Michael T. Reynolds
Richard J. Stark
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue – Worldwide Plaza
New York, NY  10019
rclary@cravath.com
jnorth@cravath.com
lmoskowitz@cravath.com
mreynolds@cravath.com
rstark@cravath.com

Richard Hamilton Gill
COPELAND FRANCO SCREWS & GILL
P.O. Box 347
Montgomery, AL  36101
gill@copelandfranco.com

Archibald Thomas Reeves, IV
Robert Ball McGinley, Jr.
Samuel Fraser Reid, III

MCDOWELL, KNIGHT, ROEDDER & SLEDGE, LLC
63 South Royal Street
Mobile, AL  36602
areeves@mcdowellknight.com
rmcginley@mcdowellknight.com
freid@mcdowellknight.com

Brad S. Karp
Bruce Birenboim
Susanna Buergel
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019
bkarp@paulweiss.com
bbirenboim@paulweiss.com
sbuergel@paulweiss.com

Michael A. Florie
Jay M. Ezelle
Cole R. Gresham
Stephen A. Sistrunk
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL  35209
mflorie@starneslaw.com
jezelle@starneslaw.com
cgresham@starneslaw.com
ssistrunk@starneslaw.com

       /s/ Stephen A. Sistrunk
      Stephen A. Sistrunk (ASB-4229-E63S)
      STARNES DAVIS FLORIE LLP
      Seventh Floor, 100 Brookwood Place
      P.O. Box 598512
      Birmingham, Alabama 35259-8512
      Telephone: (205) 868-6000
      Fax: (205) 868-6099
      E-mail: sas@starneslaw.com