UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK,** | § § § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:12-cv-791-WKW |
| **BANC OF AMERICA FUNDING CORP.; BANK OF AMERICA CORP.; MERRILL LYNCH, PIERCE, FENNER & SMITH INC.; BANC OF AMERICA MORTGAGE SECURITIES, INC.; CITIGROUP MORTGAGE SECURITIES, INC.;CITIMORTGAGE,INC.; CITIGROUP MORTGAGE LOAN TRUST INC.; CITIGROUP FINANCIAL PRODUCTS INC.; CITIGROUP GLOBAL MARKETS INC.; CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP.; CREDIT SUISSE MANAGEMENT LLC; CREDIT SUISSE SECURITIES (USA) LLC; FIRST HORIZON ASSET SECURITIES INC.; FIRST HORIZON HOME LOAN CORP.;FTNFINANCIAL SECURITIES CORP.; and HSBC SECURITIES(USA) INC.,** | § § § § § § § § § § § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION TO CONTINUE HEARING**

COMES NOW, the Plaintiff, the Federal Deposit Insurance Corporation as Receiver for Colonial Bank (the FDIC), and files this unopposed motion to continue the hearing set for March 25, 2012. As grounds, the FDIC states as follows:

1. This matter is set for a hearing on the FDIC's motion to remand on March 25, 2012. The Defendants have opposed the motion.

2. David Grais, counsel for the FDIC, will be arguing in favor of remand at the hearing. Mr. Grais lives in New York.

3. In preparing for the hearing, counsel for the FDIC realized that March 25 is the first night of Passover. Mr. Grais, and possibly some out-of-state attorneys for the Defendants will need to be at home at sundown on the date of the hearing.

4. The currently available flights out of Montgomery on the date of the hearing, assuming they are on time, will make a timely return difficult at best.

5. The FDIC respectfully moves this Court to continue the hearing set for March 25 to the following dates to accommodate those attorneys who may be celebrating Passover that evening: March 27-28 or April 15-19.

6. The undersigned has communicated with counsel for the Defendants regarding this motion, and the Defendants do not object to continuing the hearing to the above-referenced dates.

|  |  |
|---|---|
| OF COUNSEL:<br><br>David J. Grais (1641216)<br>Mark B. Holton (3003043)<br>GRAIS & ELLSWORTH LLP<br>1211 Avenue of the Americas<br>New York, New York 10036<br>Tel.: (212) 755-0100<br>Fax: (212) 755-0052 | */s/ J. Evans Bailey*<br>Dennis R. Bailey (BAI028)<br>R. Austin Huffaker (HUF006)<br>J. Evans Bailey (BAI062)<br>Attorneys for Plaintiff<br><br>RUSHTON, STAKELY<br>JOHNSTON & GARRETT, P.A.<br>184 Commerce Street<br>Montgomery, Alabama 36104<br>Tel.: (334) 206-3100<br>Fax: (334) 481-0848<br>drb@rushtonstakely.com<br>ebailey@rushtonstakely.com<br>rah2@rushtonstakely.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2013, the foregoing was served upon the following by placing a copy of same in the United States Mail, postage prepaid:

>Todd H. Cox
>Carl S. Burkhalter
>Richard J. Davis
>Maynard, Cooper & Gale, P.C.
>1901 Sixth Avenue North
>2400 Regions Harbert Plaza
>Birmingham, AL 35203
>tcox@maynardcooper.com
>cburkhalter@maynardcooper.com
>rdavis@maynardcooper.com
>
>Roger A. Cooper
>Jared M. Gerber
>Clearly Gottlieb Steen & Hamilton, LLP
>One Liberty Plaza
>New York, NY 10006
>*Pro Hac Vice*
>
>William Patton Hahn
>Timothy M. Lupinacci
>Patricia Clotfelter
>Baker Donelson Bearman Caldwell Berkowitz
>1400 Wells Fargo Tower
>420 20th Street North
>Birmingham, AL 35203
>tlupinacci@bakerdonelson.com
>pclotfelter@bakerdonelson.com
>phahn@bakerdonelson.com
>
>Bruce E. Clark
>Sullivan & Cromwell, LLP
>125 Broad Street
>New York, NY 10004
>clarkb@sullcrom.com
>*Pro Hac Vice*

Amanda F. Davidoff
Kathleen S. McAruther
Sullivan & Cromwell, LLP
1701 Pennsylvania Avenue NW
Washington, DC 20006
davidoffa@sullcrom.com
*Pro Hac Vice*

Jay Michael Ezelle
Michael Anthony Florie
Starnes Davis Florie LLP
P.O. Box 598512
Birmingham, AL 35259-8512
jezelle@starneslaw.com
mflorie@starneslaw.com

Cole Robinson Gresham
Stephen Andrew Sistrunk
Starnes Davis Florie LLP
100 Brookwood Place – 7th Floor
Birmingham, AL 35209
crg@starneslaw.com
ssistrunk@starneslaw.com

Bruce Birenboim
Susanna M. Buergel
Brad S. Karp
Paul Weiss Rifkind Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064
bbirenboim@paulweiss.com
SBuergel@paulweiss.com
bkarp@paulweiss.com
*Pro Hac Vice*

Robert Ball McGinley, Jr.
McDowell Knight Roedder & Sledge LLC
11 North Water Street, Suite 13290
Mobile, AL 36602
rmcginley@mcdowellknight.com

Archibald Thomas Reeves, IV
McDowell Knight Roedder & Sledge LLC
63 South Royal Street
Mobile, AL 36602
areeves@mcdowellknight.com

Samuel Fraser Reid, III
McDowell Knight Roedder & Sledge LLC
P.O. Box 350
Mobile, AL 36601
freid@mcdowellknight.com

Richard Hamilton Gill
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Montgomery, AL 36104
gill@copelandfranco.com

Michael T. Reynolds
Richard J. Stark
Richard W. Clary
Julie A. North
Lauren A. Moskowitz
Cravath, Swaine & Moore, LLP
825 Eighth Avenue, Worldwide Plaza
New York, NY 10019
rclary@cravath.com
*Pro Hac Vice*

                                          */s/ J. Evans Bailey*
                                          Of Counsel