IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANC OF AMERICA FUNDING CORPORATION, *et al.*<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 2:12-CV-791-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Unopposed Motion to Continue Hearing (Doc. # 62), it is ORDERED that the motion is GRANTED and the hearing set for March 25, 2013, is CONTINUED. A separate order will follow to reschedule the hearing.

DONE this 19th day of March, 2013.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE