IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COLONIAL BANK, a domestic banking corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:12-CV-791-WKW |
| BANC OF AMERICA FUNDING CORPORATION, *et al.* | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that the hearing that was set for March 25, 2013, is CONTINUED to **April 16, 2013,** at **11:00 a.m.**

DONE this 19th day of March, 2013.

                                                             /s/ W. Keith Watkins
                                        CHIEF UNITED STATES DISTRICT JUDGE